NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT


STEPHEN R. BAKER,                    )
                                     )
          Appellant,                 )
                                     )
v.                                   )          Case No. 2D18-2416
                                     )
STATE OF FLORIDA,                    )
                                     )
          Appellee.                  )
_____    )

Opinion filed January 23, 2019.

Appeal pursuant to Fla. R. App. P.
9.141(b)(2) from the Circuit Court for
Highlands County; Peter F. Estrada, Judge.


PER CURIAM.


          Affirmed.


KELLY, VILLANTI, and LUCAS, JJ., Concur.